**Honorable Jamal Whitehead**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE/TACOMA

| | |
|---|---|
| NICOLE PICHE and AARON PICHE, adult individuals,<br><br>Plaintiffs,<br><br>vs.<br><br>SAFECO INSURANCE COMPANY OF AMERICA, an insurance company doing business in Washington,<br><br>Defendant. | No. 2:23-cv-01188-JNW<br><br>[PROPOSED] **ORDER GRANTING STIPULATED MOTION FOR LEAVE TO AMEND THE TRIAL DATE** |

## ORDER

This matter came before the Court on the parties' Stipulated Motion to Continue Trial Date and Pretrial Deadlines.

The Court has reviewed the records and files herein, including the following:

i)     Stipulated Motion to Continue Trial Date and Pretrial Deadlines.

IT IS HEREBY ORDERED that:

//

//

[PROPOSED] ORDER GRANTING STIPULATED MOTION FOR LEAVE TO AMEND THE TRIAL DATE – 1
CAUSE NO.

FORSBERG & UMLAUF, P.S.
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164
(206) 689-8500 • (206) 689-8501 FAX

The Stipulated Motion to Continue Trial Date and Pretrial Deadlines is **GRANTED**, and it is hereby ordered that the trial is continued to March 24, 2025. A new Order Setting Case Schedule will be issued in accordance with the new trial date.

ORDERED this 11th day of April, 2024.

Jamal N. Whitehead
United States District Judge

*Presented by:*

Matthew S. Adams, WSBA #18820

Jennifer E. Aragon, WSBA #45270
FORSBERG & UMLAUF, P.S.
901 Fifth Ave, Suite 1400
Seattle, WA 98164
Phone: 206-689-8500
Email:   madams@foum.law
         jaragon@foum.law
*Attorneys for Defendant Safeco Insurance Company of America*


SCUDERI LAW OFFICES

*s/ Joseph Scuderi* (Per Email Authority)
Joseph Scuderi
SCUDERI LAW OFFICES
108 22nd Avenue SW, Ste. 24
Olympia, WA 98501

[PROPOSED] ORDER GRANTING STIPULATED MOTION FOR LEAVE TO AMEND THE TRIAL DATE – 2
CAUSE NO.

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON  98164
(206) 689-8500 • (206) 689-8501 FAX

1  *Attorney for Plaintiff*

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

[PROPOSED] ORDER GRANTING STIPULATED MOTION FOR LEAVE TO AMEND THE TRIAL DATE – 3
CAUSE NO.

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON  98164
(206) 689-8500 • (206) 689-8501 FAX