Honorable Jamal N. Whitehead

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NICOLE PICHE and AARON PICHE, adult individuals,<br><br>Plaintiffs,<br><br>vs.<br><br>SAFECO INSURANCE COMPANY OF AMERICA, an insurance company doing business in Washington,<br><br>Defendant. | No. 2:23-cv-01188-JNW<br><br>[PROPOSED] **STIPULATED ORDER TO ADJUST DEADLINE FOR DISPOSITVE MOTIONS** |

THIS MATTER having come before this Court upon the Motion and Stipulation of the parties for an order to adjust the deadline for dispositive motions, and Court having reviewed its file and records herein and being fully advised in the premises, it is now hereby

ORDERED, ADJUDGED AND DECREED that good cause has been established and the deadline for filing dispositive motions is hereby extended from November 25, 2024, to December 9, 2024.

DONE ~~IN OPEN COURT~~ this <u>21st</u> day of <u>November</u>, 2024.

*[signature]*

The Hon. Jamal N. Whitehead
United States District Judge

[PROPOSED] STIPULATED ORDER TO ADJUST DEADLINE FOR DISPOSITVE MOTIONS – 1
Cause No.: 2:23-cv-01188-JNW

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164
(206) 689-8500 • (206) 689-8501 FAX

DATED this 20th day of November, 2024.

        *s/ Matthew S. Adams*
        Matthew S. Adams, WSBA #18820
        FORSBERG & UMLAUF, P.S.
        901 Fifth Ave, Suite 1400
        Seattle, WA 98164
        Phone: 206-689-8500
        Email: madams@foum.law
        *Attorneys for Defendant Safeco Insurance Company of America*

        SCUDERI LAW OFFICES

        *s/ Joseph Scuderi* (Per Email Authority)
        Joseph Scuderi
        SCUDERI LAW OFFICES
        108 22nd Avenue SW, Ste. 24
        Olympia, WA 98501
        *Attorney for Plaintiff*

[PROPOSED] STIPULATED ORDER TO ADJUST DEADLINE FOR DISPOSITVE MOTIONS – 2
Cause No.: 2:23-cv-01188-JNW

FORSBERG & UMLAUF, P.S.
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164
(206) 689-8500 • (206) 689-8501 FAX