Honorable Jamal N. Whitehead

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| NICOLE PICHE and AARON PICHE, adult individuals,<br><br>Plaintiffs,<br><br>vs.<br><br>SAFECO INSURANCE COMPANY OF AMERICA, an insurance company doing business in Washington,<br><br>Defendant. | No. 2:23-cv-01188-JNW<br><br>**STIPULATION AND ORDER OF DISMISSAL OF PLAINTIFF'S CLAIM AGAINST DEFENDANT WITH PREJUDICE**<br><br>**[CLERK'S ACTION REQUIRED]** |

## I.    STIPULATION

The undersigned parties, through their respective counsel, stipulate that Plaintiff's claims against Defendant Safeco Insurance Company of America should be dismissed with prejudice and without costs or attorneys' fees to any party and that the attached Order may be entered.

Dated this 14th day of April, 2025.                Dated this 14th day of April, 2025.

FORSBERG & UMLAUF, P.S.                SCUDERI LAW OFFICES, P.S.

*s/ Daniel L Syhre*                    *s/ Joseph Scuderi*
Michael D. Handler, WSBA #25654            Joseph Scuderi, WSBA #33672
Daniel L Syhre, WSBA #34158                *Attorney for Plaintiffs*
*Attorneys for Defendant*

STIPULATION AND ORDER OF DISMISSAL OF PLAINTIFF'S CLAIM AGAINST DEFENDANT WITH PREJUDICE – 1
Case No.: 2:23-cv-01188-JNW

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
401 UNION STREET • SUITE 1400
SEATTLE, WASHINGTON 98101
(206) 689-8500 • (206) 689-8501 FAX

**ORDER**

THIS MATTER having come on before the above-entitled court on the stipulation of the undersigned parties, now, therefore, it is hereby ORDERED, ADJUDGED AND DECREED that Plaintiff's claims against Defendant Safeco Insurance Company of America are dismissed with prejudice and without costs or attorneys' fees to any party.

Dated: <u>April 17, 2025</u>

_____
UNITED STATES DISTRICT JUDGE

*Presented By:*

FORSBERG & UMLAUF, P.S.

<u>*s/ Daniel L Syhre*</u>
Michael D. Handler, WSBA #25654
Daniel L Syhre, WSBA #34158

*Copy Received; Approved as to Form; Notice of Presentation Waived.*

SCUDERI LAW OFFICES, P.S.

<u>*s/ Joseph Scuderi*</u>
Joseph Scuderi, WSBA #33672

STIPULATION AND ORDER OF DISMISSAL OF PLAINTIFF'S CLAIM
AGAINST DEFENDANT WITH PREJUDICE – 2
Case No.: 2:23-cv-01188-JNW

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
401 UNION STREET • SUITE 1400
SEATTLE, WASHINGTON 98101
(206) 689-8500 • (206) 689-8501 FAX